In the Matter of the Final Judicial Settlement of the Account of BASIL ROBILLARD, as Temporary Administrator of the Estate of MARTHA H. BEEMAN, Deceased, of the Proceedings of Said MARTHA H. BEEMAN, as Executrix, etc., of MARCUS M. BEEMAN, Deceased.— Order dismissing appeal vacated, and appeal ordered argued January sixth.   Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

HAROLD W. LOWNIE, Respondent, v. MAE N. BOYD, Appellant.— Appeal dismissed unless appellant shall file and serve printed records and briefs by January eleventh and be ready for argument on that day.   Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

HELEN ANDRZKOWSKA, Appellant, v. JOHN F. BURKE, as Receiver, etc., of HAMBURG RAILWAY COMPANY, Respondent.— Motion granted and appeal dismissed, with costs.   Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

HYMAN A. BLANCHARD, Doing Business under the Firm Name of BUFFALO WASH TRAY WORKS, Appellant, v. AUTOCAR SALES AND SERVICE COMPANY, INCORPORATED, Respondent.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

THE A. B. SMITH CHEMICAL COMPANY, Appellant, v. THE STATE OF NEW YORK, Respondent.— Appeal dismissed, without costs, upon stipulation filed.   Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

ARMINDA A. OWENS, Respondent, v. GEORGE F. EDSON, Appellant.— Appeal dismissed, without costs, upon stipulation filed.   Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

. CHARLES N. OWENS, Respondent, v. GEORGE F. EDSON, Appellant.— Appeal dismissed, without costs, upon stipulation filed.   Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

STEWART L. DEVENDORF, Respondent, v. VILLAGE OF BALDWINSVILLE, Appellant.— Judgment affirmed, with costs.   (See Pegram v. N. Y. Elevated R. R. Co., 147 N. Y. 135, 148.)   All concur.   Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.